812

No. 61. ALBERTS *v.* CALIFORNIA. Appeal from the Superior Court of California, Appellate Department, County of Los Angeles. The motion of American Civil Liberties Union, Southern California Branch, for leave to file brief, as *amicus curiae,* is denied.

No. 68. THEARD *v.* UNITED STATES. Certiorari, 351 U. S. 961, to the United States Court of Appeals for the Fifth Circuit. The motion of the Solicitor General to permit the Louisiana State Bar Association to present oral argument is denied. Leave to submit a brief is granted. *Delvaille H. Theard, pro se. Oscar H. Davis,* then Acting Solicitor General, was on the motion, and *Solicitor General Rankin* was on a supplemental memorandum in support of the motion, for the United States.

No. 11, Original. UNITED STATES *v.* LOUISIANA. The motion to dismiss on jurisdictional grounds is denied. The motion for entry of default and for leave to proceed *ex parte* is denied. The State of Louisiana is directed to file an answer on the merits within 30 days. THE CHIEF JUSTICE took no part in the consideration or decision of these motions or order of the Court. *Jack P. F. Gremillion,* Attorney General, *W. Scott Wilkinson, Edward M. Carmouche* and *John L. Madden,* Special Assistant Attorneys General, and *Bailey Walsh* for the State of Louisiana. *Attorney General Brownell, Solicitor General Rankin, Oscar H. Davis, John F. Davis* and *George S. Swarth* for the United States.